IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CV-88-FL

| | |
|---|---|
| CHRISTOPHER R. DOLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| WELLPATH d/b/a Correct Care Solutions, LLC; LIEUTENANT JONES, Lieutenant, Riverside Regional Jail Authority; JORDAN KINDRED, Officer, Riverside Regional Jail Authority, KAREN CRAIG Acting Superintendent, Riverside Regional Jail Authority; JEFFERY NEWTON Retired Superintendent, Riverside Regional Jail Authority; WALTER MINTON Major, Deputy Superintendent, Riverside Regional Jail Authority; | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter is before the court on the Memorandum and Recommendation (M&R) of United States Magistrate Judge James E. Gates, regarding plaintiff's motion to proceed in forma pauperis and frivolity review of plaintiff's complaint. Plaintiff did not file objections to the M&R. Also pending are plaintiff's motion for partial summary judgment (DE 5) and plaintiff's motion for leave to file and receive electronic documents (DE 8). Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own. This matter is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction and for failure to state a claim. Accordingly, plaintiff's motion for

1

partial summary judgment (DE 5) is DENIED AS MOOT. The clerk is DIRECTED to close this case.

With respect to the remaining motion, where plaintiff already receives notices of filings electronically, that portion of plaintiff's motion (DE 8) is DENIED AS MOOT. Insofar as plaintiff seeks to file documents electronically in this case, the motion is DENIED, where the case now is closed, and where plaintiff has not demonstrated he has met the requirements under the court's local rules for filing documents electronically.

SO ORDERED, this the 13th day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge