UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DOLIN, )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>WELLPATH, *d/b/a Correct Care Solutions* )<br>*LLC,* LIEUTENANT JONES, *Lieutenant* )<br>*Riverside Regional Jail Authority*, JORDAN )<br>KINDRED, *Officer, Riverside Regional* )<br>*Jail Authority*, KAREN CRAIG, *Acting* )<br>*Superintendent, Riverside Regional Jail* )<br>*Authority*, JEFFERY NEWTON, *Colonel* )<br>*Retired Superintendent, Riverside Regional* )<br>*Jail Authority,* WALTER MINTON, *Major,* )<br>*Deputy Superintendent, Riverside Regional* )<br>*Jail Authority,* )<br>        Defendants. ) | **JUDGMENT**<br>4:19-CV-88-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 13, 2020, and for the reasons set forth more specifically therein, that this action is dismissed WITHOUT PREJUDICE.

**This Judgment Filed and Entered on January 13, 2020, and Copies To:**
Christopher Dolin  (via CM/ECF)

January 13, 2020                      PETER A. MOORE, JR., CLERK
                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk